Exhibit D

Nancy L. Worley
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Nancy L. Worley, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

that the domestic corporate records on file in this office disclose that AmSouth Bank, incorporated in Walker County, Alabama on September 29, 1986; that said entity merged on November 3, 2006 into Regions Bank, an Alabama Corporation, with an effective date of November 4, 2006.. I further certify that the records do not disclose that said Regions Bank has been dissolved.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

01/08/07

Date

Nancy L. Worley                    Secretary of State